**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

January 26, 2022

**BY ECF**
Honorable Vera M. Scanlon, United States Magistrate Judge
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Rayne Valentine v. City of New York, et al.* - 21-CV-4867 (EK) (VMS)

Your Honor:

  With apologies to the Court and counsel, I write to correct a mistake I made throughout the letter I filed earlier this evening, which opposing counsel kindly brought to my attention.

  On January 18, 2022, opposing counsel had sought, and I had consented to, an extension of the time to answer the Complaint until this Friday, January 28, 2022.

  I was therefore mistaken when I said otherwise in the letter I filed earlier.

  Defendants' time to answer the Complaint has not yet passed.

  Again, I apologize to the Court and counsel for my error.

  Thank you for your attention to this matter.

           Respectfully submitted,

           /S/

           Gideon Orion Oliver