AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

          *CLERK OF COURT*

Date: _____

          *Signature of Clerk or Deputy Clerk*

**Summons Rider For Parties Added in First Amended Complaint**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Sergeant Bill Morrissey**
2820 Snyder Avenue
Brooklyn, NY 11226

**PO Nasimdzhon Melikov**
1 Police Plaza
New York, NY 10038

**Detective Raymond Gordon**
1 Police Plaza
New York, NY 10038