AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Rayne Valentine | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-04867-EK-VMS |
| City of NY, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Remy Green, Esq.
Cohen & Green
1639 Centre Street, Suite 216
Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

Date:  5/26/2022



/S/ Wieslawa Latka-Mucha

*Signature of Clerk or Deputy Clerk*

**Summons Rider For Parties Added in First Amended Complaint**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Sergeant Bill Morrissey**
2820 Snyder Avenue
Brooklyn, NY 11226

**PO Nasimdzhon Melikov**
1 Police Plaza
New York, NY 10038

**Detective Raymond Gordon**
1 Police Plaza
New York, NY 10038