UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

RAYNE VALENTINE,

                                    Plaintiff,

                                                                  **NOTICE OF APPEARANCE**

            -against-

THE CITY OF NEW YORK, ET AL.,                        21-CV-4867 (EK) (VMS)

                                    Defendants.

------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Mary K. Sherwood, Esq.**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant the City of New York, Sergeant Matthew Jozwicki, and Detective Amjad Kasaji.

**PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
        July 11, 2022

                                                      HON. SYLVIA O. HINDS-RADIX
                                                      Corporation Counsel Of The City Of New York
                                                      100 Church Street, 4th Floor
                                                      New York, New York 10007
                                                      (212) 356-2425

                                                        By: _Mary K. Sherwood_____
                                                        Mary K. Sherwood
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

cc:      All Counsel of Record (via ECF)