**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*\*Not for service*

May 2, 2023

**BY ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Rayne Valentine v. City of New York, et al.* - 21-CV-4867 (EK) (VMS)

Your Honor:

 I am co-counsel for Plaintiff Rayne Valentine. An in-person settlement conference is scheduled in this matter for May 9, 2023, and the parties' *ex parte* submissions are due today. The parties now jointly seek leave to submit their *ex parte* submissions on Thursday, May 4, 2023, instead. Plaintiff expects to receive, and to disclose to defense counsel, a psychological evaluation related to Mr. Valentine's emotional injuries later today. The parties believe the *ex parte* submissions, and therefore next week's conference, will be more meaningful if the parties can consider (and perhaps discuss) that evaluation before making their *ex parte* submissions.

 The parties thank Your Honor for the Court's attention to this matter.

      Respectfully submitted,

      Gideon Orion Oliver