**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX, IAS PART 3/33**

-----------------------------------------------------------------X

Ugurlu, et. al.,

-against-

City of NY, et al.;

-----------------------------------------------------------------X

**Index №.** 801554/22E

**Hon. Mitchell J. Danziger**
**Justice Supreme Court**

| Notice of Motion - Affirmation and Exhibits | NYSCEF Doc. # |
|---|---|
| Affirmations in Opposition and Exhibits | NYSCEF Doc. # |
| Reply Affirmation | NYSCEF Doc. # |

Upon the foregoing papers, it is ordered that this motion is

Resolved per the annexed stipulation.

**Dated:** 5/18/23

**Hon.** ______________________________
**Mitchell J. Danziger, J.S.C.**

1. CHECK ONE.......................................... ☐ CASE DISPOSED IN ITS ENTIRETY ☑ CASE STILL ACTIVE
2. MOTION IS.......................................... ☐ GRANTED ☐ DENIED ☐ GRANTED IN PART ☑ OTHER
3. CHECK IF APPROPRIATE.................... ☐ SETTLE ORDER ☐ SUBMIT ORDER ☐ SCHEDULE APPEARANCE ☐ FIDUCIARY APPOINTMENT ☐ REFEREE APPOINTMENT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

INDIVIDUAL ASSIGNMENT PART IA-3

Ugurlu, et al.

v.

City of New York, et al.

STIPULATION

Index No. 801554/2022E

Mot. Cal.No. 11

Date 2023-05-18

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

The statute of limitations on the claims here, arising out of an incident on June 4, 2020, is ordinarily 3 years. Owens v. Okure, 488 US 235 (1989); CPLR 214(5). However, for substantially the reasons explained in Bell v. Saunders, 2022 US Dist. LEXIS 101994, at *13 (NDNY June 8, 2022), it is tolled for an additional 153 days, until Nov. 5, 2023.

THEREFORE,

(1) Defendants shall provide body camera footage, including Evidence.com audit trail logs, within 7 days;

(2) Defendants shall provide duty rosters and records of helmet numbers within 60 days; and

(3) Plaintiffs will attempt to use the above to identify the Doe Officers.

Date: 5/18/23

So Ordered.

ENTER: [signature]
J.S.C.
HON. MITCHELL J. DANZIGER

[signature] Remy Green, for Ps
Attorney for Plaintiff

[signature] for the City
Attorney for Defendant

Attorney for Defendant

SC. NO. 8G Rev. 3/86

At IAS Part 3 of the Supreme Court of the City of New York, County of Bronx, located at 851 Grand Concourse, Bronx, NY on the 11 day of May, 2023.

Present: HON. MITCHELL J. DANZIGER

IAS. 3 appearance 7/12/23 compliance conference

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF BRONX**

---------------------------------------------------------------------X

**ALI UGURLU, NOVA LUCERO, HAYLEY MULVEY, AND KARO BEYGZADEH,**

**Plaintiffs,**

**-against-**

**THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER DEBORA MATIAS; NYPD OFFICER SANDRA GONZALEZ; NYPD OFFICER ORVIN FELICIANO; and NYPD MEMBERS JOHN AND JANE DOES # 1-102,**

**Defendants.**

---------------------------------------------------------------------X

**ORDER TO SHOW CAUSE**

**Index No.** 801554/2022E

Upon the annexed affirmation of Remy Green, dated May 10, 2023, and upon all the papers and proceedings heretofore had herein,

LET the defendants or their attorneys show cause before a IAS Part 3 A Room 707 of this Court, located at 851 Grand Concourse, Bronx, NY on the ~~1st~~ 18th day of ~~June~~ May, 2023, at 9:30 a.m., or as soon thereafter as the parties can be heard,

WHY an Order should not be made either:

(1) Directing, on or before June 2, 2023, Defendants to identify:

a. John Does 81-84 (NYSCEF Doc. No. 1, Paras. 49; 151-154, the Does who Plaintiff Ugurlu has individual claims against)

b. Jane Doe 85; John Does 86-94 (NYSCEF Doc. No. 1, Paras. 51; 159-171, the Does who Plaintiff Lucero has individual claims against)

c. John or Jane Doe 95; John Does 96-97; Jane Doe 98 (NYSCEF Doc. No. 1, Paras. 53; 175-182, the Does who Plaintiff Mulvey has individual claims against); and

d. John Does 100-102 (NYSCEF Doc. No. 1, Paras. 55; 186-189, the Does who Plaintiff Beygzadeh has individual claims against); or

(2) Finding that the statute of limitations under 42 U.S.C. § 1983 includes the executive toll between March and November of 2020, and directing Defendants to identify the same Does within 30 days of any order;

SUFFICIENT CAUSE APPEARING THEREFORE

LET service by ~~NYSCEF electronic filing, as permitted by the rules on electronic filing,~~ overnight delivery service on or before May ~~18~~ 11, 2023 of a copy of this order and supporting papers on all interested persons be deemed good and sufficient service.

[signature] JSC

~~Dated: Bronx, New York~~
~~____________, __, 2023~~

Enter,

[signature]

HON. MITCHELL J. DANZIGER, JSC