

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY K. SHERWOOD**<br>*Assistant Corporation Counsel*<br>msherwoo@law.nyc.gov<br>Phone: (212) 356-2425<br>Fax: (212) 356-1148 |

May 30, 2023

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Valentine v. City of New York et al.</u>, 21-CV-4867 (EK) (VMS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney assigned to the defense in the above-referenced matter. I write to respectfully request a one-week extension of time to respond to Plaintiff's request for tolling ("Plaintiff's Motion") until June 6, 2023. (Dkt. No. 58). The City's response is due today, May 30, 2023. Plaintiff consents to this extension.

    The City requests a one-week extension to sufficiently respond to plaintiff's motion and to meet and confer as necessary. Additionally, it should be noted that plaintiff's motion was filed at 8:30 p.m., on Friday, which fell on a three-day weekend. Because of this, the undersigned only had this morning to research Plaintiff's new positions.

    Thus, Defendants request an extension of time until June 6, 2023 to respond to Plaintiff's Motion. Thank you for your attention herein.

Respectfully submitted,

*Mary K. Sherwood*

Mary K. Sherwood
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: All Counsel of Record (via ECF)