

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | **MARY K. SHERWOOD**<br>*Assistant Corporation Counsel*<br>msherwoo@law.nyc.gov<br>Phone: (212) 356-2425<br>Fax: (212) 356-1148 |

June 14, 2023

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>Valentine v. City of New York et al.</u>, 21-CV-4867 (EK) (VMS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney assigned to the defense in the above-referenced matter. I write in accordance with the Court's May 22, 2023 order and to respectfully request that the Court extend Defendants' time to respond to Plaintiff's settlement demand by two weeks, until June 28, 2023.[1] This is the first request of its kind. Plaintiff consents to this request.

    According to the May 22, 2023 Order, Defendants must respond to Plaintiff's settlement demand by today, June 14, 2023. Despite the undersigned's diligent efforts, additional time is needed to respond to Plaintiff's settlement demand. Defendants remain hopeful that a resolution of this matter can be reached.

    Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                   */s/ Mary K. Sherwood*
                                                   Mary K. Sherwood
                                                   *Assistant Corporation Counsel*
                                                   Special Federal Litigation Division

---

[1] The undersigned will be away on a previously planned vacation from June 16, 2023 to June 23, 2023 and will not have access to email, which partially explains the length of the instant request.

Cc: All Counsel of Record (via ECF)