

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MARY K. SHERWOOD**
*Assistant Corporation Counsel*
msherwoo@law.nyc.gov
Phone: (212) 356-2425
Fax: (212) 356-1148

June 28, 2023

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Valentine v. City of New York et al.</u>, 21-CV-4867 (EK) (VMS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney assigned to the defense in the above-referenced matter. I write in accordance with the Court's May 22, 2023 order and to respectfully request that the Court extend Defendants' time to respond to Plaintiff's settlement demand until July 14, 2023. This is the second request of its kind: the first of which requested an extension from June 14, 2023 to June 28, 2023 and was granted.

      On June 16, 2023, the Court ordered that Defendants must respond to Plaintiff's settlement demand by June 28, 2023. The undersigned has been in conferrals with the Comptroller's Office, however, due to vacation schedules and/or the medical leave of the necessary Comptroller liaisons, that office indicates that it requires additional time to evaluate Plaintiff's settlement demand. Upon information and belief, the Comptroller's Office believes that two weeks should be sufficient for it to fully assess this matter and provide settlement authority consistent with the Court's Order. Defendants continue to remain hopeful that a resolution of this matter can be reached.

      Thank you for your consideration herein.

Respectfully submitted,

*Mary K. Sherwood*

Mary K. Sherwood
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: All Counsel of Record (via ECF)