**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

July 6, 2023

**BY ECF**
Hon. Eric Komitee, United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Rayne Valentine v. City of New York, et al.*, 21-CV-4867 (EK) (VMS)

Your Honor:

  I am co-counsel for Plaintiff Rayne Valentine in this matter. On June 29, 2023, Defendants filed a purported appeal pursuant to Fed.R.Civ.P. 72 (ECF 64) of a June 14s, 2023 Order issued by Hon. Vera M. Scanlon (ECF 62). On June 30, 2023, the Court set a briefing schedule by which Plaintiff's opposition is due tomorrow, July 7, 2023, and Defendants' reply, if any, is due July 12, 2023 (*see* 6/30/23 Docket Entry). I now write with Defendants' consent to ask that the Court adjust the July 7, 2023 deadline by which Plaintiff must oppose Defendants' Rule 72 appeal to July 12, 2023, and the July 12, 2023 deadline for Defendants' reply, if any, to July 19, 2023. There has been no prior application to extend these deadlines. If the Court grants the application, it will not impact other case deadlines.

  I am lead counsel in this case. The Court's scheduling order related to the Rule 72 appeal came down late on the Friday afternoon before a long holiday weekend. Both my office, and co-counsel's office, were closed through yesterday. For most of the day yesterday and all morning today, I was in New York City Criminal Court, where I will also be tomorrow, handling long-scheduled appearances in assigned criminal cases. Between those obligations, and others both this week and on Monday and Tuesday of next week, I have had, and will have, very little time to oppose the appeal.

  For those reasons, I ask that the Court adjust the July 7, 2023 deadline by which Plaintiff must oppose Defendants' Rule 72 appeal to July 12, 2023, and the July 12, 2023 deadline for Defendants' reply, if any, to July 19, 2023.

  Thank you for your attention to this matter.

              Respectfully submitted,

              Gideon Orion Oliver