**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

July 26, 2023

**BY REGULAR MAIL AND E-MAIL**
Mary Sherwood, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 3-169
New York, NY 10007

Re:   *Rayne Valentine v. City of New York.* – 21-cv-4867 (EK) (VMS)

Counsel:

I write to inform you that Mr. Valentine hereby accepts Defendants' Rule 68 Offer of Judgment dated July 13, 2023, a copy of which is attached.

I will contact you separately regarding the outstanding claims for attorney's fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.

Thank you for your consideration in this matter.

Yours,

*/s/ Gideon Orion Oliver/*

Gideon Orion Oliver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAYNE VALENTINE,

                              Plaintiff,

        -against-                      **RULE 68**
                                               **OFFER OF JUDGMENT**

THE CITY OF NEW YORK; MAYOR BILL DE
BLASIO; NEW YORK CITY POLICE DEPARTMENT
("NYPD") COMMISSIONER DERMOT SHEA; NYPD       21-CV-4867 (ERK) (VMS)
OFFICER DIMITRI KALININ, SHIELD NUMBER
27547; NYPD OFFICER MICHAEL LICATA, SHIELD
NUMBER 27684; NYPD OFFICER ALNALDO
RODRIGUEZ, SHIELD NUMBER 27536; NYPD
OFFICER DOUGLAS SHEEHAN, SHIELD NUMBER
26759; NYPD OFFICER ARTHUR VANZILEN,
SHIELD NUMBER 29090; NYPD OFFICER JOHN
VARGAS, SHIELD NUMBER 16643; NYPD OFFICER
NASIMDZHON MELIKOV, TAX REGISTRY NUMBER
964164; NYPD OFFICER STEVEN ZANCA, SHIED
NUMBER 4377; NYPD SERGEANT ROBERT
BELLANTONIO, TAX REGISTRY NO. 948651; NYPD
SERGEANT MATTHEW JOZWICKI, SHIELD
NUMBER 04905; NYPD SERGEANT BILL
MORRISSEY; NYPD DETECTIVE GABRIEL
ECHEVARRIA, SHIELD NUMBER 6488; NYPD
DETECTIVE RAYMOND GORDON, SHIELD
NUMBER 4592; NYPD DETECTIVE JOHN HOLLAND,
SHIELD NUMBER 4102;NYPD DETECTIVE AMJAD
KASAJI, SHIELD NO. 6901; NYPD DETECTIVE
WARREN ROHAN, SHIELD NUMBER 2378; NYPD
DETECTIVE MICHAEL SCOLOVENO, SHIELD
NUMBER 5901; NYPD DETECTIVE ANIBAL TORRES,
SHIELD NUMBER 2123; and NYPD MEMBERS JOHN
DOES 1-11,

                              Defendants.

------------------------------------------------------------------------ x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants, and any

defendant who is currently or subsequently named and hereafter represented by the Office of the

Corporation Counsel in this action, hereby offer to allow plaintiff Rayne Valentine to take a judgment against the City of New York in this action for the total sum of One Hundred Twenty-Five Thousand and One ($125,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Rayne Valentine agrees that payment of One Hundred Twenty-Five Thousand and One ($125,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part.  If plaintiff Rayne Valentine is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Rayne Valentine agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.  Plaintiff Rayne Valentine further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:      New York, New York
            July 13, 2023

                                            HON. SYLVIA O. HINDS-RADIX
                                            Corporation Counsel of the
                                                City of New York
                                            *Attorney for Defendants*
                                            100 Church Street, Room 3-169
                                            New York, New York 10007
                                            (212) 356-2425

                                    By      *Mary K. Sherwood*
                                            Mary K. Sherwood
                                            *Assistant Corporation Counsel*

To:   Elena Louisa Cohen (via US Mail & Email)
      Cohen Green PLLC
      1639 Centre Street
      Suite 216
      Ridgewood, NY 11385
      929-888-9650
      Email: elenacohenesq@gmail.com

      Gideon Orion Oliver (via US Mail & Email)
      Attorney at Law
      277 Broadway
      Suite 1501
      New York, NY 10007
      646-263-3495
      Fax: 646-349-2914
      Email: gideon@gideonlaw.com

      Jessica S. Massimi (via US Mail & Email)
      Jessica Massimi, Esq.
      99 Wall Street
      Suite 1264
      New York, NY 10005
      646-241-9800
      Email: jessica.massimi@gmail.com

Remy Green (via US Mail & Email)
Cohen & Green
1639 Centre Street
Suite 216
11385
Ridgewood, NY 11207
929-888-9480
Fax: 929-888-9457
Email: remy@femmelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAYNE VALENTINE,

              Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

             Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

21-cv-4867 (EK) (VMS)

GIDEON ORION OLIVER hereby declares under penalties of perjury:

1. I am over 18 years of age and not a party to this action.

2. On July 26, 2023, I served the attached July 26, 2023 letter accepting Defendants' Rule 68 Offer of Judgment dated July 13, 2023 on the Office of the Corporation Counsel for the City of New York by (1) depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the official depository maintained and exclusively controlled by the United States directed to Mary Sherwood, Esq., Assistant Corporation Counsel, Special Federal Litigation Division, New York City Law Department, 100 Church Street, Room 3-169, New York, New York, 10007; and (2) e-mailing the same to opposing counsel Mary Sherwood, Esq. at her Law Department e-mail address.

Dated: Brooklyn, New York
       July 26, 2023

                                                                     /s/ Gideon Orion Oliver
                                                                 _____