

November 14, 2023

Hon. Eric R. Komitee
Eastern District of New York
United States Courthouse
Room 6G North
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

     **Re:**    *Rayne Valentine v. City of New York*, 21-cv-4867 (EK) (VMS)

Your Honor:

     I am co-counsel for Plaintiff Rayne Valentine in the above-captioned matter, in which Plaintiff has accepted an offer of judgment pursuant to Fed.R.Civ.P. 68, and the only outstanding issue is the amount of attorney's fees, costs, and expenses to which Plaintiff is entitled. The Court granted two previous joint applications for extensions of time within which Plaintiff must move for attorney's fees, costs, and expenses, if necessary, granting both, and setting November 16, 2023 as the current deadline. (*See* August 1, 2023 Order; September 29, 2023 Order).

     The parties are continuing to negotiate in good faith, and now jointly request that the Court extend that deadline until January 31, 2024, so that the parties can continue to attempt to resolve the issue of attorney's fees, costs, and expenses without Court intervention. The parties request this extension in recognition of the upcoming holidays and their practical impact as negotiations are ongoing, as well as the fact that defense counsel has a trial in the matter of *Eric Weiss v. City of New York*, 16-cv-776 (LDH)(JAM) (E.D.N.Y.) scheduled to commence on December 4, 2023, and Plaintiff's counsel are scheduled for trial in the matter of *Case et al. v. City of New York*, 14-cv-09148 (S.D.N.Y.) to commence of January 3, 2024.

     We are hopeful that, given the requested additional extension, we will be able to resolve, or at least substantially narrow, this final remaining issue in the case.

     The parties and counsel thank Your Honor for the Court's attention to this matter.

                          Respectfully submitted,

                          /s/
                        _____

                        Elena L. Cohen
                        Cohen&Green P.L.L.C.
                        *Co-counsel for Plaintiff*
                        1639 Centre St., Suite 216
                        Ridgewood, New York 11385