

December 15, 2023

Hon. Eric R. Komitee
Eastern District of New York
United States Courthouse
Room 6G North
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

      Re:      *Rayne Valentine v. City of New York*, 21-cv-4867 (EK) (VMS)

Your Honor:

      I am co-counsel for Plaintiff. The parties have settled the issue of attorneys' fees and costs in this matter. This was the final remaining issue in this case. As such, the parties respectfully request that we be allowed until this Wednesday, December 20, to file final settlement paperwork on the docket. As the case is now settled, we also request that the application to extend time to file an application on attorney's fees until Monday (Dkt. 78) be withdrawn.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/
      _____

      Elena L. Cohen
      Cohen&Green P.L.L.C.
      *Co-counsel for Plaintiff*
      1639 Centre St., Suite 216
      Ridgewood, New York 11385